■ PEOPLE v VICTOR MONTALVO, Also Known as VICTOR M. MARTINEZ.—Motion to abate appeal by reason of appellant's death granted to extent indicated. Concur—Milonas, J. P., Ellerin, Kupferman, Asch and Kassal, JJ.